JOHN C. CRUDEN
Assistant Attorney General
Environment & Natural Resources Division
DEBRA J. CARFORA
Trial Attorney
United States Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 514-2640
Fax: (202) 514-8865
debra.carfora@usdoj.gov

Attorneys for Defendant

[Additional counsel listed on signature page]

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> GINA McCARTHY, in her official capacity as the Administrator of the United States Environmental Protection Agency, <br><br> Defendant. | Case No. 4:15-cv-4663-SBA <br><br> **JOINT STIPULATION TO EXTEND DEADLINE FOR ANSWER, CONTINUE CASE MANAGEMENT CONFERENCE AND [~~PROPOSED~~] ORDER**  MODIFIED |

Pursuant to Civil L.R. 6-2, Plaintiffs Center for Biological Diversity, Center for Environmental Health, and Neighbors for Clean Air and Defendant Gina McCarthy in her official capacity as the Administrator of the United States Environmental Protection Agency ("EPA") hereby stipulate to and request an order continuing the case management conference currently scheduled for January 6, 2016 and extending the

JOINT STIPULATION
CASE NO. 4:15-cv-4663-SBA

1  deadline for Defendant's Answer to February 15, 2016.  In support of this stipulation, the
2  parties state the following:
3      The Court entered an order setting this matter for a case management conference
4  at 2:30 PM on January 6, 2016.  Dk. #5.  Subsequently, on November 25, 2015, the
5  parties had an initial discussion about resolving this case.  This discussion resulted in a
6  significant narrowing of the claims at issue and led the parties to conclude that they may
7  be able to resolve this case without dispositive motions or a trial.  Plaintiffs intend to
8  amend the complaint to reflect the narrowing of the claims at issue and to add one new
9  claim.  Meanwhile, the parties will continue their settlement discussions.
10     The parties have not previously requested any extensions in this case.
11     Therefore, in light of the fact that parties may be able to resolve this case without
12 the need for dispositive motions or a trial, the parties stipulate to and request an order
13 continuing the case management conference indefinitely and extending the answer due
14 date to February 15, 2016.
15 Respectfully submitted,
16 Date: December 7, 2015

JOHN C. CRUDEN
Assistant Attorney General
Environment and Natural Resources Division

/s/ Debra J Carfora
DEBRA J. CARFORA
Trial Attorney
United States Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 514-2640
Fax: (202) 514-8865
debra.carfora@usdoj.gov
*Attorneys for Defendant*

Date: December 7, 2015

 /s/ Robert Ukeiley
ROBERT UKEILEY (Admitted *Pro Hac Vice*)

JOINT STIPULATION
CASE NO. 4:15-cv-4663-SBA

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Law Office of Robert Ukeiley
255 Mountain Meadows Road
Boulder, CO 80302
Tel: (303) 442-4033
rukeiley@igc.org

Jonathan Evans (Cal. Bar #247376)
CENTER FOR BIOLOGICAL DIVERSITY
1212 Broadway
Suite 800
Oakland, CA 94612
Phone: 510-844-7100 x318
Fax: 510-844-7150
email: jevans@biologicaldiversity.org

*Attorneys for Plaintiffs*

**[PROPOSED] ORDER**

Pursuant to Stipulation, IT IS ORDERED that the deadline for Defendant's Answer is hereby extended to February 15, 2016 and the Case Management Conference is ~~indefinitely continued.~~ continued to April 6, 2016, at 2:30 PM.

DATED this __08__ day of __December__, 2015.

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge