JOHN C. CRUDEN
Assistant Attorney General
Environment & Natural Resources Division
DEBRA J. CARFORA
Trial Attorney
United States Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 514-2640
Fax: (202) 514-8865
debra.carfora@usdoj.gov

Attorneys for Defendant

[Additional counsel listed on signature page]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>GINA McCARTHY, in her official capacity as the Administrator of the United States Environmental Protection Agency,<br><br>Defendant. | Case No. 4:15-cv-4663-SBA<br><br>**JOINT STIPULATION TO VACATE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** |

Pursuant to Civil L.R. 6-2, Plaintiffs Center for Biological Diversity, Center for Environmental Health, and Neighbors for Clean Air and Defendant Gina McCarthy in her official capacity as the Administrator of the United States Environmental Protection Agency ("EPA") hereby stipulate to and request an order vacating the case management

1  conference currently scheduled for June 8, 2016.  In support of this stipulation, the parties
2  state the following:
3      On February 9, 2016, the Court entered an order continuing the case management
4  conference to June 8, 2016.  (*See* ECF No. 22).  Since that time, the parties have
5  successfully concluded settlement discussions.  EPA filed a consent motion for entry of
6  consent decree and proposed consent decree, which is currently pending.  (*See* ECF No.
7  25).
8      Therefore, in light of the fact that parties have reached an agreement resolving
9  this case without the need for dispositive motions or a trial, the parties stipulate to and
10 request the case management conference be vacated.
11 Respectfully submitted,
12 Date: June 1, 2016

JOHN C. CRUDEN
Assistant Attorney General
Environment and Natural Resources Division

 */s/ Debra J. Carfora*
DEBRA J. CARFORA
Trial Attorney
United States Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 514-2640
Fax: (202) 514-8865
debra.carfora@usdoj.gov
*Attorneys for Defendant*

Date: June 1, 2016

 */s/ Robert Ukeiley*
ROBERT UKEILEY (Admitted *Pro Hac Vice*)
Law Office of Robert Ukeiley
255 Mountain Meadows Road
Boulder, CO 80302
Tel: (303) 442-4033
rukeiley@igc.org

Jonathan Evans (Cal. Bar #247376)

JOINT STIPULATION
CASE NO. 4:15-cv-4663-SBA

CENTER FOR BIOLOGICAL DIVERSITY
1212 Broadway
Suite 800
Oakland, CA 94612
Phone: 510-844-7100 x318
Fax: 510-844-7150
email: jevans@biologicaldiversity.org

*Attorneys for Plaintiffs*

|   |   |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　　　v.<br><br>GINA McCARTHY, in her official capacity as the Administrator of the United States Environmental Protection Agency,<br><br>　　　　　Defendant. | Case No. 4:15-cv-4663-SBA<br><br>[~~PROPOSED~~] ORDER |

### [~~PROPOSED~~] ORDER

Pursuant to Stipulation, IT IS ORDERED that the Case Management Conference scheduled for June 8, 2016 is vacated.

DATED this __1st__ day of __June__, 2016.

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge